[No. 21249-8-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TOAN
THEIN VO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-02192-1, Thomas R. Sauriol, J., entered
September 24, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 21268-4-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE
AMMEL LYNN, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 96-8-00224-6, Robert Wilson-Hoss, J.
Pro Tem., entered October 8, 1996. *Affirmed* by unpub-
lished opinion per Armstrong, J., concurred in by Bridge-
water, A.C.J., and Morgan, J.


[No. 21368-1-II.    Division Two.    December 12, 1997.]

ROBERT E. HARRIS, ET AL., *Appellants*, v. BYRON
NELSON RUBINS, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-2-01684-1, Thomas L. Lodge, J., entered
November 1, 1996. *Affirmed* by unpublished opinion per
Hunt, J., concurred in by Bridgewater, A.C.J., and Arm-
strong, J.


[Nos. 21433-4-II; 21434-2-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. MELANIE J.
TENNIS, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. JASON C.
JOHNS, *Respondent*.

Appeals from judgments of the Superior Court for Kit-
sap County, Nos. 96-1-00865-4; 96-1-00866-2, M. Karlynn
Haberly, J., entered November 18 and November 13, 1996.
*Reversed* by unpublished opinion per Hunt, J., concurred
in by Bridgewater, A.C.J., and Morgan, J.